**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Criminal No.** 13-20007-JPM |
| | ) | |
| **vs.** | ) | |
| | ) | **18 U.S.C. § 1591(b)(2)** |
| **ANTHONY GRANDBERRY and** | ) | **18 U.S.C. § 1594(c)** |
| **ORRECO LYONS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

In and about December 2012, and January 2013, in the Western District of Tennessee, the defendants,

**---------------------------------------ANTHONY GRANDBERRY-------------------------------------**
**and**
**--------------------------------------------ORRECO LYONS--------------------------------------------**

knowingly conspired with others known and unknown to the United States Attorney to recruit, entice, harbor, transport, provide, obtain, and maintain, in and affecting interstate commerce, D.B., a minor, knowing and in reckless disregard of the fact that D.B. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1594(c) and 1591(b)(2).

**A TRUE BILL:**

s/ Grand Jury Foreperson
FOREPERSON

**DATED:** January 10, 2013

**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**