SKRMETTI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ANTHONY GRANDBERRY and<br>ORRECO LYONS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 13-20007<br><br>18 U.S.C. § 1591(b)(2)<br>18 U.S.C. § 1594(c) |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**

In and about December 2012, and January 2013, in the Western District of Tennessee, the defendants,

---ANTHONY GRANDBERRY---
and
---ORRECO LYONS---

knowingly conspired with others known and unknown to the United States Attorney to recruit, entice, harbor, transport, provide, obtain, and maintain, in and affecting interstate commerce, D.B., a minor, knowing and in reckless disregard of the fact that D.B. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1594(c) and 1591(b)(2).

**[nmt life imprisonment, nmt $250,000 fine, or both; nlt a five year period of supervised release up to life supervised release; and a special assessment of $100; see 18 U.S.C. § 3013 (a)]**

**A TRUE BILL:**

______________________________
**FOREPERSON**

**DATED:** ________________________

______________________________
**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**