IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 1/15/14
TIME: 5:29 Am
INITIALS: JPW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>VS.<br><br>KEITH GIBSON,<br><br>    Defendant. | CR. NO. 13-20007   JPM |

## V E R D I C T

We, the jury, on the charge in the indictment for our verdict say:

1. We find the defendant, KEITH GIBSON, as to Count 1 _____.

    **(Guilty)**   or   (Not Guilty)

2. We find the defendant, KEITH GIBSON, as to Count 3 _____.

    **(Guilty)**   or   (Not Guilty)

3. We find the defendant, KEITH GIBSON, as to Count 8 _____.

    **(Guilty)**   or   (Not Guilty)

If, as to Question 3, your verdict is "Not Guilty," do not answer Question 3(a). If your verdict as to Question 3 is "Guilty," then answer Question 3(a) below by checking and/or circling your answer.

3a. We find that the Defendant made the statement in relation to an investigation by the Federal Bureau of Investigation into a child sex trafficking offense under 18 U.S.C. § 1591.



  (YES)         (NO)

4. We find the defendant, KEITH GIBSON, as to Count 11 _____.



  (Guilty)    or    (Not Guilty)

If, as to Question 4, your verdict is "Not Guilty," do not answer Question 4(a). If your verdict as to Question 4 is "Guilty," then answer Question 4(a) below by checking and/or circling your answer.

4a. We find that the Defendant made the statement in relation to an investigation by the Federal Bureau of Investigation into a child sex trafficking offense under 18 U.S.C. § 1591.

✓ (YES)          ___ (NO)

___1/15/14___                    ___[signature]___
DATE                             PRESIDING JUROR